AO 93    (Rev 8/98)  Search Warrant (Reverse)

| RETURN | Case Number: M-08-5572-M |
|---|---|
| DATE WARRANT RECEIVED 8-30-08 | DATE AND TIME WARRANT EXECUTED 9-2-08 2:40PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Raul Rodriguez |
| INVENTORY MADE IN THE PRESENCE OF | reviewed with Raul Rodriguez |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached FD-597

United States District Court
Southern District of Texas
FILED

SEP 1 0 200[?]

Michael N. Milby Cl[?]

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Katherine R Gutta* [signature]

Subscribed, sworn to, and returned before me this date.

[signature]                                                              9/10/2008
U S Judge or Magistrate                                                  Date

FD-597 (Rev 8-11-94)

Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245C-SA-58054

On (date) 9/2/2008

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) _____

(Street Address) 100 West Kerria Ave

(City) McAllen, TX

Description of Item(s):

Items:
1. — 6 cell phones, Misc. Financial documents, Id cards,
2. — 5,250 cash.
3. — Check Books, Auction Access Card.
4. — Notebook, documents
5. — Misc. Documents Ledgers, Receipts
6. — Assorted Bank Documents/Notebook
7. — Browning 9 mm semi Auto Pistol #369
8. — Assorted Bank Documents
9. — Cash — $14,730.
10. — Assorted Documents/casino cards
11. — Motel Registration Cards/Bank Statement
12. — Misc. Business Contracts/tax/Records
13. — Misc. Business Papers.
14. — Bank Statements/Credit Card Statements
15. — Falcon Nat'l. Bank Statements/Assort. docs
16. — Misc. Business Documents.
17. — Misc. Bank Documents
18. — Financial Statement Printout sheet
19. Compaq CPU

Received By: _____(Signature)_____      Received From: _____(Signature)_____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 24JC-SA-58054

On (date) 9/2/2008

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) _____
(Street Address) 100 W. Kerria Ave.
(City) McAllen, TX

Description of Item(s):
20 - $1,560 US currency and Mexican Currency (140 pesos).
21 - Assorted documents
22 - Document or Rental Info.
23 - 2 check books - one Sears Credit Card.
24 - Honey Well Safe Locked.
25 - Misc. Photos.
26 - Check Book.
27 - Misc. Hotel Records.

Received By: Luis G. Barker (Signature)
Received From: Raul Rodriguez (Signature)